996

No. 791. NEAL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Acting Solicitor General Stern* and *Beatrice Rosenberg* for the United States.

No. 792. DAVIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Acting Solicitor General Stern, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 793. WISMILLER *v.* ESTATE OF GARRETT. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. Petitioner *pro se. Robert E. Woodside,* Attorney General, and *Harry F. Stambaugh* for the State of Pennsylvania, opposing the petition for writ of certiorari.

No. 808. PATTISON ET AL. *v.* UNION CENTRAL LIFE INSURANCE Co. Supreme Court of Ohio. Certiorari denied. *Sol Goodman* for petitioners. *Frank F. Dinsmore* and *Virgil D. Parish* for respondent.

No. 812. GENERAL MOTORS CORP. ET AL. *v.* ACKERMANS. C. A. 4th Cir. Certiorari denied. *Duward C. Staley* and *John H. Bruninga* for petitioners. *William D. Hall* for respondent.

No. 816. CANTRALL ET AL., DOING BUSINESS AS J. R. CANTRALL Co., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Maurice J. Nicoson* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent.